No. 105, Orig.   KANSAS *v.* COLORADO.   Exceptions of Colorado to Second Report of the Special Master overruled without prejudice to Colorado's right to renew those exceptions at the conclu-

sion of the Special Master's remedial proceedings. [For earlier order herein, see, *e. g., ante,* p. 1026.]